65,996-04,09

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 09 20..

Abel Acosta, Clerk

February 4, 2015

To: Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

In Re: Writ Nos. WR-65,996-04, and WR-65,996-09
Style: Sanders, Michael Tremal
Trial Ct. Nos. 20576-HC-2, and 20576 HC-3

Dear Clerk,
      I am writing you because there are certain
parts of the writs captioned above that I would like
to purchase. Specifically, I would like the parts
that contain question (14)(A)(B)(C), and any & all
Grounds raised, with the facts supporting the Grounds.
In addition, I would also like to purchase the entire
Memorandum of Law that accompanied each of
the writs. Please send me a price quote for each, along
with the name & address of whom I should make
the check / money-order out to. You can contact
me at the address shown below. Thank You for your
assistance in this matter.

Page
1 of 2

Michael T. Sanders
I.D.-No. 1106218
B. Clements Unit
9601 Spur 591
Amarillo, TX. 79107-9606